UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

| | |
|---|---|
| JOHN FREDERICK SHASTAL, JR. and KIMBERLY ANN SHASTAL, | Case No. 25-12063 |
| | Hon. F. Kay Behm |
| Debtors/Plaintiffs, | United States District Judge |
| _____ / | Case No. 20-31468 |
| | Chapter 7 |
| | Hon. Joel D. Appelbaum |
| SAMUEL D. SWEET, Chapter 7 Trustee, *et al.*, | U.S. Bankruptcy Judge |
| v. | Adv. Pro. Case No. 24-03033-jda |
| MAJORS LAW, PLLC, *et al.*, Defendants. | |
| _____ / | |

## **JUDGMENT**

In accordance with the opinion and order issued this same day, the motion to withdraw the reference is **DENIED**. This is a final order and closes the case.

**SO ORDERED**.

Date: June 15, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

1